UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

No. 5:15-MJ-2277
No. 5:15-MJ-2278
No. 5:15-MJ-2279
No. 5:15-MJ-2280
No. 5:15-MJ-2282

IN THE MATTER OF THE APPLICATION OF  )
THE UNITED STATES OF AMERICA         )
FOR SEARCH WARRANTS                  )    **ORDER TO UNSEAL**

Upon motion of the Government, the affidavit, application for a search warrant, search warrant, and return of service in the above-captioned matters are hereby ORDERED unsealed. SO ORDERED.

January 27, 2016
DATE

*Robert T. Numbers II*
Robert T. Numbers, II
United States Magistrate Judge